UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Case No.: __19-26331__

Alan R. Witte    Chapter: __7__

    Judge: __JNP__

## NOTICE OF PROPOSED ABANDONMENT

__Brian S. Thomas__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse<br>401 Market Street<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __12/17/19__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__.  (Hearing date must be at least 28 days from the date of this notice).  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 2432 Acorn Drive<br>Atco, NJ<br>Value $150,000.00 |

| Liens on property: | Mr. Cooper<br>$211,524.00 |

| Amount of equity claimed as exempt: | |

Objections must be served on, and requests for additional information directed to:

Name:    Brian S. Thomas, Chapter 7 Trustee

Address:    327 Central Avenue, Suite 103, Linwood, NJ 08221

Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-26331-JNP
Alan R. Witte                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 2              Date Rcvd: Nov 14, 2019
                                Form ID: pdf905          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2019.
```
db            +Alan R. Witte,    2432 Acorn Drive,    Atco, NJ 08004-1138
cr            +Nationstar Mortgage LLC d/b/a Mr. Cooper,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                Fairfield, NJ 07004-2927
518426054     +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                Lancaster, PA 17601-4890
518426061     +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
518426062     +Citicards Cbna,    Citi Bank,    Po Box 6077,    Sioux Falls, SD 57117-6077
518426063     +Citizens Bank,    Attention: ROP-15B,    1 Citizens Drive,    Riverside, RI 02915-3035
518426067     +Emrg Phy Assoc of S Jersey, PC,    PO Box 740021,    Cincinnati, OH 45274-0021
518426069     +HRRG,    PO Box 5406,    Cincinnati, OH 45273-0001
518426071     +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518482423     +Nationstar Mortgage LLC,    c/o RAS Citron LLC,    130 Clinton Road, Suite 202,
                Fairfield NJ 07004-2927
518426072     +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
518426073     +Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
518426074     +Quest Pathology Consultants,    520 E 22nd St,    Lombard, IL 60148-6110
518426075     +Radiology Associates of Burlington Cty,    PO Box 447,    Hainesport, NJ 08036-0447
518426076     +South Jersey Radiology,    PO Box 1710,    Voorhees, NJ 08043-7710
518426078     +Virtua Hospital Patient Payments,    PO Box 780857,    Philadelphia, PA 19178-0857
518426084     +Virtua Medical Group,    PO Box 71451,    Philadelphia, PA 19176-1451
518426081     +Virtua Medical Group,    PO Box 6028,    Bellmawr, NJ 08099-6028
518426085     +Waterford Twp EMS, Inc.,    PO Box 670,    Cape May Court House, NJ 08210-0670
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2019 00:20:44     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2019 00:20:40     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518426059      E-mail/Text: bankruptcy@bbandt.com Nov 15 2019 00:20:05     Bb&T,    Attn: Bankruptcy,
                Po Box 1847,    Wilson, NC 27894
518426060     +E-mail/Text: cms-bk@cms-collect.com Nov 15 2019 00:20:10     Capital Management Services, LP,
                698 1/2 South Ogden St,    Buffalo, NY 14206-2317
518426064     +E-mail/Text: legal-dept@cooperhealth.edu Nov 15 2019 00:20:43     Cooper Health System,
                PO Box 6018,    Bellmawr, NJ 08099-6018
518426065     +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 15 2019 00:21:22
                Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                Norwood, MA 02062-2679
518426066      E-mail/Text: mrdiscen@discover.com Nov 15 2019 00:19:37     Discover Financial,
                Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
518426070     +E-mail/Text: cio.bncmail@irs.gov Nov 15 2019 00:20:04     Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
518426077      E-mail/Text: bankruptcy@td.com Nov 15 2019 00:20:45     TD Bank, N.A.,    32 Chestnut Street,
                Po Box 1377,    Lewiston, ME 04243
                                                                                              TOTAL: 9
```
         \*\*\*\*\* BYPASSED RECIPIENTS (undeliverable, * duplicate) \*\*\*\*\*
```
518426055*    +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                Lancaster, PA 17601-4890
518426056*    +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                Lancaster, PA 17601-4890
518426057*    +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                Lancaster, PA 17601-4890
518426058*    +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                Lancaster, PA 17601-4890
518426068*    +Emrg Phy Assoc of S Jersey, PC,    PO Box 740021,    Cincinnati, OH 45274-0021
518426079*    +Virtua Hospital Patient Payments,    PO Box 780857,    Philadelphia, PA 19178-0857
518426080*    +Virtua Hospital Patient Payments,    PO Box 780857,    Philadelphia, PA 19178-0857
518426082*    +Virtua Medical Group,    PO Box 6028,    Bellmawr, NJ 08099-6028
518426083*    +Virtua Medical Group,    PO Box 6028,    Bellmawr, NJ 08099-6028
                                                                                   TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1           User: admin                Page 2 of 2                  Date Rcvd: Nov 14, 2019
                               Form ID: pdf905            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
              Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.axosfs.com
              Brian   Thomas    brian@brianthomaslaw.com,  bthomas@ecf.axosfs.com
              Harold N. Kaplan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               hkaplan@rasnj.com,  informationathnk@aol.com
              Lee Martin Perlman    on behalf of Debtor Alan R. Witte ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 6
```